IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXT 100 CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>DIVERSIFIED BUILDERS GROUP, INC.,<br>a New Jersey corporation, CHRISTOPHER J.<br>SPANO, RONALD M. BAGLIERI, and<br>DOES 1 through 20, inclusive,<br><br>  Defendants.<br> / | No. C 06-03928 WHA<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

The Court hereby **CONTINUES** the case management conference and all related deadlines for one week, to **SEPTEMBER 28, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 21, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE